# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00785-CV

**Kyle McCarrell, Appellant**

**v.**

**Whitney Wilcox, Appellee**

## FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## NO. 17-0630, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on March 6, 2019. On May 1, 2019, this Court notified appellant that his brief was overdue, that any brief he filed would require a motion for extension of time, and that his failure to file a motion for extension of time or a brief with that motion by May 13, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Prosecution

Filed: June 19, 2019